# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Tariq Mohammed Ahmed | § | Case No. 16-30713 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/27/2016 . The undersigned trustee was appointed on 09/27/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 7,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 300.00 |
| Bank service fees | | 80.38 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,619.62 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/15/2017 and the deadline for filing governmental claims was 05/15/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,450.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,450.00 , for a total compensation of $ 1,450.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 20.35 , for total expenses of $ 20.35 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/13/2019                By: /s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-30713 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Tariq Mohammed Ahmed | | | | Date Filed (f) or Converted (c): | 09/27/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/27/2016 |
| For Period Ending: | 03/13/2019 | | | | Claims Bar Date: | 05/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 587 Norman Rd Bolingbrook Il 60440-0000 Will | 64,800.00 | 129,600.00 | | 7,000.00 | FA |
| 2. 2013 Toyota Sienna Mileage: 43,557 Good Condition | 17,000.00 | 17,000.00 | | 0.00 | FA |
| 3. 2015 Hyundai Sonata Mileage: 13,009 Good Condition | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 4. Large Appliances: $450 Small Kitchen Appliances: $70 Kitchen | 890.00 | 0.00 | | 0.00 | FA |
| 5. Tv: $100 Gaming System: $100 Laptop: $300 Dvd Player: $15 Co | 362.50 | 0.00 | | 0.00 | FA |
| 6. Various Wearing Apparel | 80.00 | 0.00 | | 0.00 | FA |
| 7. Rings-Wife: $100 Necklaces-Wife: $300 Earrings-Wife: $50 Wat | 230.00 | 0.00 | | 0.00 | FA |
| 8. Cash | 80.00 | 0.00 | | 0.00 | FA |
| 9. Chase Bank | 1,088.82 | 0.00 | | 0.00 | FA |
| 10. Fifth Third Bank | 100.00 | 0.00 | | 0.00 | FA |
| 11. Fifth Third Bank | 19.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $103,650.32   $165,600.00   $7,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating sale of personal residence. - Joji Takada 11/20/2016

Settlement discussions re: equity in primary residence. - Joji Takada 2/14/2017

Approved compromise re: equity in primary residence. - Joji Takada 7/14/2017

Consulting with tax professional re: returns. - Joji Takada 11/21/2017

TAx returns in process. - Joji Takada 3/28/2018

Tax return filed; Awaiting prompt determination. - Joji Takada 7/16/2018

TFR in process. - Joji Takada 11/26/2018

Initial Projected Date of Final Report (TFR): 12/31/2017   Current Projected Date of Final Report (TFR): 06/30/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-30713 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Tariq Mohammed Ahmed | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0460 |
| | Checking |
| Taxpayer ID No: XX-XXX1242 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/17 | 1 | Oflaherty Law PC | Settlement payment Debtor's buyout of equity in primary residence | 1110-000 | $7,000.00 | | $7,000.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,990.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.06 | $6,979.94 |
| 07/21/17 | 1001 | Michael Hansbrough c/o Prestige Properties Real Estate Pros Inc 2 River Place Ste R Lansing, IL 60438 | Payment to trustee professional Real estate broker | 3520-000 | | $300.00 | $6,679.94 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.32 | $6,669.62 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,659.62 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,649.62 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,639.62 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,629.62 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,619.62 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,000.00 | $380.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,000.00 | $380.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,000.00 | $380.38 |

| | | |
|---|---:|---:|
| Page Subtotals: | $7,000.00 | $380.38 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 4)*

Exhibit B

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0460 - Checking | $7,000.00 | $380.38 | $6,619.62 |
|  | $7,000.00 | $380.38 | $6,619.62 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,000.00 |
| Total Gross Receipts: | $7,000.00 |

Page Subtotals:  $0.00   $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-30713 Date: March 13, 2019
Debtor Name: Tariq Mohammed Ahmed
Claims Bar Date: 5/15/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,450.00 | $1,450.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $20.35 | $20.35 |
| 100 3420 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $811.00 | $811.00 |
| 100 3520 | Michael Hansbrough<br>c/o Prestige Properties Real Estate Pros Inc<br>2 River Place Ste R<br>Lansing, IL 60438 | Administrative | | $0.00 | $300.00 | $300.00 |
| 1 300 7100 | U.S. Department Of Education C/O Nelnet<br>121 South 13Th Street<br>Suite 201<br>Lincoln, Ne 68508 | Unsecured | | $0.00 | $20,787.38 | $20,787.38 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $3,337.66 | $3,337.66 |
| 3 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $3,921.24 | $3,921.24 |
| 4 300 7100 | Fifth Third Bank<br>Po Box 9013<br>Addison,Tx 75001 | Unsecured | | $0.00 | $18,589.32 | $18,589.32 |
| 5 300 7100 | Cavalry Spv I, Llc<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, Az 85712 | Unsecured | | $0.00 | $2,912.64 | $2,912.64 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-30713  
Debtor Name: Tariq Mohammed Ahmed  
Claims Bar Date: 5/15/2017  

Date: March 13, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $0.00 | $7,346.61 | $7,346.61 |
| 7<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(H H Gregg)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $1,345.99 | $1,345.99 |
| 8<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Sams Club Mastercard)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $9,115.71 | $9,115.71 |
| | Case Totals | | | $0.00 | $69,937.90 | $69,937.90 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-30713
Case Name: Tariq Mohammed Ahmed
Trustee Name: Joji Takada, Chapter 7 Trustee

| | Balance on hand | $ | 6,619.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: Joji Takada | $ 20.35 | $ 0.00 | $ 20.35 |
| Accountant for Trustee Expenses: Callero and Callero LLP | $ 811.00 | $ 0.00 | $ 811.00 |
| Other: Michael Hansbrough | $ 300.00 | $ 300.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,281.35 |
| Remaining Balance | | $ | 4,338.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,356.55 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Department Of Education C/O Nelnet | $ 20,787.38 | $ 0.00 | $ 1,338.86 |
| 2 | Discover Bank | $ 3,337.66 | $ 0.00 | $ 214.97 |
| 3 | American Express Centurion Bank | $ 3,921.24 | $ 0.00 | $ 252.56 |
| 4 | Fifth Third Bank | $ 18,589.32 | $ 0.00 | $ 1,197.29 |
| 5 | Cavalry Spv I, Llc | $ 2,912.64 | $ 0.00 | $ 187.60 |
| 6 | Synchrony Bank | $ 7,346.61 | $ 0.00 | $ 473.18 |
| 7 | Portfolio Recovery Associates, Llc | $ 1,345.99 | $ 0.00 | $ 86.69 |
| 8 | Portfolio Recovery Associates, Llc | $ 9,115.71 | $ 0.00 | $ 587.12 |

Total to be paid to timely general unsecured creditors    $    4,338.27

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE