UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-30713
Tariq Mohammed Ahmed  )
 )
 )  Chapter: 7
 )
 )  Honorable Pamela S. Hollis
 )
 )  Will
Debtor(s)  )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of Guidance Residential, LLC, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Guidance Residential, LLC its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 587 Norman Road, Bolingbrook, Illinois 60440.

(2) Rule 4001(a)(3) is waived and Guidance Residential, LLC may immediately enforce and implement this order granting relief from the automatic stay

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: August 16, 2019

**Prepared by:**

Karl Meyer  ARDC#6220397
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300